PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

Dec 01, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                            Plaintiff,

                  v.

MIGUEL CALVILLO AGUSTIN,
                            Defendant.

CASE NO.  1:23-MJ-00141-SAB

MOTION AND ORDER TO UNSEAL
COMPLAINT

        The Complaint in this case, having been sealed by Order of the Court on November 28, 2023,

and it appears that it no longer need remain secret,

        The United States of America, by and through Phillip A. Talbert, United States Attorney, and

Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the Complaint in this case

be unsealed and made public record.

  Dated:  December 1, 2023                         PHILLIP A. TALBERT
                                                   United States Attorney


                                           By:  _/s/ Stephanie M. Stokman_____
                                                   STEPHANIE M. STOKMAN
                                                   Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-MJ-00141-SAB |
| Plaintiff, | |
| v. | ORDER TO UNSEAL COMPLAINT |
| MIGUEL CALVILLO AGUSTIN, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on November 28, 2023, be unsealed and become public record.

DATED: _____12/1/23_____

_B. McAuliffe_____

HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE